**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**ABIGAIL PRICE**                                                                         **PLAINTIFF**

**V.**                                          **No. 3:25-CV-00190-JTK**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                                       **DEFENDANT**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

Judgment is entered in favor of the Defendant.

DATED this 16th day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE